UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LaWANDA SOUDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESTIGE MENTAL HEALTH CARE FACILITATOR, )<br>)<br>Defendant. ) | Civil Action No. 25-1652 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court GRANTS the application and DISMISSES the complaint without prejudice for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under these statutes, federal jurisdiction is available when a "federal question" is presented or when the parties are of diverse citizenship and the amount in controversy exceeds $75,000. "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* FED. R. CIV. P. 8(a).

As far as the Court can discern, Plaintiff, who resides in the District of Columbia, brings a personal injury claim against Defendant, which conducts business in the District of Columbia, and demands an award of $50,000. *See* Compl. at 4 (page numbers designed by CM/ECF). This

1

case does not present a federal question. Because both parties appear to reside or conduct business in the District of Columbia, and because the amount in controversy does not exceed the $75,000 threshold, Plaintiff fails to demonstrate diversity jurisdiction.

Because Plaintiff fails to demonstrate a valid basis for this Court's jurisdiction, the complaint will be dismissed without prejudice. A separate Order will issue.

/s/
AMIT P. MEHTA
United States District Judge

DATE: June 18, 2025